# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Diamon D. Fripp, Respondent.

Appellate Case No. 2012-212201

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Beaufort County
The Honorable J. Ernest Kinard, Jr., Circuit Court Judge

---

Opinion No. 27472
Heard December 10, 2014 – Filed December 23, 2014

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia and Solicitor Isaac McDuffie Stone, III, of Beaufort, for Petitioner.

Jared Sullivan Newman, of Jared S. Newman, P.A., of Port Royal, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the Court of Appeals' opinion in *State v. Fripp*, 397 S.C. 455, 725 S.E.2d 136 (Ct. App. 2012).

We now dismiss the writ of certiorari as improvidently granted and further direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**